UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
IRINA RYBITSKAIA

    -V-

NEW YORK STATE DEPARTMENT OF
TRANSPORTATION and FRED LIBOVE
----------------------------------------------X

ORDER
CV09-1898 (JBW)

No objection having been entered, the Magistrate Judge's report and recommendation is adopted in its entirety. The case is dismissed.

/s/ Jack B. Weinstein
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 12/23/09